AO 455(Rev. 5/85) Waiver of Indictment

FILED
JUN 2 6 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA | **(Superseding)** |
| | **WAIVER OF INDICTMENT** |
| v. | |
| JUAN ANTONIO CALITO-CHITAY | |
| | CASE NUMBER: 08CR1598GT |

I, JUAN ANTONIO CALITO-CHITAY, the above named defendant, who is accused committing the following offense:

Title 8, U.S.C., Sec. 1325 - Illegal Entry (Misdemeanor); Title 8, U.S.C., Sec. 1325 - Illegal Entry (Felony); Title 8, U.S.C., Sec. 1325 - Illegal Entry (Felony),

being advised of the nature of the charge(s), the proposed superseding information, and of my rights, hereby waive in open court on _6/26/08_ prosecution by indictment and consent that the proceeding may be by superseding information rather than by indictment.

_X [signature]_
Defendant

_[signature]_
Counsel for Defendant

Before _[signature]_
Judicial Officer